FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ FEB 2 3 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

UNITED STATES

            – against –

LOUIS EPPOLITO and
STEPHEN CARACAPPA

----------------------------------X

MEMORANDUM
& ORDER
05-CR-192

Jack B. Weinstein, Senior United States District Judge:

A hearing shall be held in this case on February 27, 2006 at 11:00 AM, at which the parties and the court shall consider the following matters: (1) any undecided in limine motions; (2) any issues regarding the content of opening statements; (3) whether the parties wish a preliminary charge and, if so, what it should contain; and (4) any further pre-trial matters the parties wish to discuss.

At trial, any evidentiary motions should be made promptly with accompanying briefs submitted by 8:00 AM of the day they are expected to arise. Sidebars are strongly discouraged. The parties are to give 24 hours notice of the names of witnesses who are planned for the next day.

The parties are reminded of the court's request for a joint proposed order summarizing the evidentiary rulings made at the February 10, 2006 hearing. They shall submit to the court forthwith a copy of the amended jury questionnaire discussed on that date. Defense counsel is to



submit its requested jury charge by February 24, 2006.

SO ORDERED.

_____
Jack B. Weinstein

Dated: February 21, 2006
       Brooklyn, New York