UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES

                                                             ORDER
                                                           05-CR-192

        – against –

LOUIS EPPOLITO and
STEPHEN CARACAPPA

-----------------------------------X

Jack B. Weinstein, Senior United States District Judge:

      Burton Kaplan shall be produced by the Marshals at 10:00 AM on Monday, April 3, 2006 in the courthouse, ready to testify. Carrying out this order is essential to the proper conduct of the pending trial. It may be placed in jeopardy if Mr. Kaplan is not so produced.

                                                  SO ORDERED.

                                                  Jack B. Weinstein