# Domenick Caracappa

#407
3100 NE 49th Street
Fort Lauderdale, FL 33308

June 1, 2006

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Weinstein:

I am the younger brother of Stephen Caracappa. I am Stephen's only sibling.

Although Stephen is five years my senior, our lives have run on parallel tracks from my early years. We were raised in a blue collar Italian family that believed in hard work, honesty and family. My parents raised us to be good kids and to grow up to be responsible adults.

As my older brother Stephen was both my role model and my mentor. We were different but always understood our common bonds. Stephen was quiet and studious while I was outgoing and into sports.

We went to New Dorp High Scholl on Staten Island. Stephen left before graduating and joined my father as a longshoreman. Upon graduation I joined them and soon Stephen and I faced the likelihood of being drafted. Knowing that a longshoreman's life is not one we wanted as a career, we joined the Army.

In 1969 Stephen and I went through basic training and were assigned to different specialties but to the same place, Vietnam. We served honorably. We did our jobs, we obeyed orders we stayed out of trouble and, thank God, we got home safe and sound. We didn't duck our responsibility and we didn't ask for favors. We served like all the other grunts.

While in the service Stephen studied and received his GED.

Stephen was the first to decide that being a cop was what he wanted as his future. Within a year I made the same decision. He was NYPD and I was in the Housing Police. At the time we couldn't have articulated why we wanted to be cops. But as the years passed it became clear that being a cop was an extension of what our parents raised us to be: good responsible people. In addition we got good pay, fellowship, respect and a future.

We both worked hard at being good at our jobs and we were rewarded for it. Stephen rose to be a First Grade Detective and I attained the rank of Detective Lieutenant. Stephen was regarded as a smart, problem solver who got results. No one handed him a position. People trusted Stephen because he was trustworthy.

During the twenty something years from 1969 my brother and I remained close. Close in a way that I would have noticed Stephen becoming the aberration that was described at the trial. When our father died in the mid seventies Stephen became the guardian of our mother handling all the matters my father had done. Despite his busy life, he took on the new responsibility willingly and without complaint. (When recently released on bond Stephen moved in with our 95 year old mother and provided for her daily care).

I have had two chances to give hard reflection to my brother's life and the accusations against him: in the early 1990's and now during the trial. The disconnect between what I and others know about his life and habits and what the trial portrayed is beyond my comprehension. I knew Stephen's friend and he knew mine. We dealt with "wise guys" in our jobs but we didn't associate with them. Stephen lived life on a cop's salary. Outside of good clothes Stephen lived a simple life.

To reach my position in the department required the mentoring and guidance of superiors who trusted me and saw me as someone who would do a good job and help their careers. Not once did anyone hint at my brother having a "problem" or being a problem to me. In large organizations like the Department, people who have even potential problems do not move to positions of responsibility.

I believe my brother is innocent. I regret that I lack the eloquence to let you see what I have seen my entire life.

Sincerely,

Domenick Caracappa

Honorable Jack B. Weinstein

United States District Judge

Eastern district of New Your

225 Cadman Plaza East

Brooklyn, NY 11201

Re:  United States v. Stephen Caracappa

05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Allyn Farley and I am a friend of Stephen Caracappa's.  His wife and I have been friends for 30 years and it is through her that I met Stephen.  I am

Monica Caracappa and I attended high school and college together and eventually became roommates while starting our careers in Atlanta GA.  My sales career took me to Florida and Monica's took her to New York.  For a few years we fell out of contact.  Eventually we re-connected and I learned that Monica had fallen in love with and married Stephen.

I did not get to actually meet Stephen for several years.  What I knew about him was how proud Monica was of his accomplishments as a New York City Police Officer and how happy he made my dear friend.

When I did meet Stephen in 1999 I was delighted to find him a charming, friendly man obviously dedicated to his wife.  He welcomed me into his home where I stayed while attending a convention in Las Vegas.  He was employed with Nevada Corrections at that time, working long hours and very serious about his career.  Even though his life was busy and hectic he took time out to spend with Monica and me.  I left feeling like part of the family and always welcome in the Caracappa home.  Mostly I left knowing my friend had found a loving partner with whom she could spend the rest of her life.  A partner that would take care of and cherish her.

Thank you for taking the time to consider this letter.


Respectively yours,



Allyn Farley

Honorable Jack B. Weinstein

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

                      Re:    United States v. Stephen Caracappa

                               05 Cr. 192 (JBW)

Dear Judge Weinstein:

     My name is Gerry Carretta and I am a friend of Stephen Caracappa for 15 years. I have been the owner of Carretta Marketing Concepts for 24 years, married for 26 years, and a proud father of two sons Dominick and Stephen. My wife and Stephen's wife Monica have been friends for almost 20 years and through that relationship I had the pleasure of meeting Stephen. The times the four of us spent together were infrequent but always times I looked forward to. Stephens gentile nature, broad warm smile and true concern for the daily struggles of our life, always made for time well spent.

     We had the pleasure of seeing, Stephen and Monica in Las Vegas, while I was attending a conference regarding my work.  Although we declined, they were both steadfast in there assistance to stay with them for entire length of our stay. The highlight of our trip was the beautiful day we spent together once my work was done. Monica picked up Linda and went back to their house and Stephen picked me up. I had never seen the Hoover Dam and he wanted me to experience it before I left. It was a great three hours we spent together. Upon returning to the house, his gracious hospitably, friendly conversation and great cigar, made for a truley memorable ending of our trip. I hope to be able to do that with him again.

     I have been able to grow my business over the last 20 years due to hard work and the ability to understand my customer's personality traits. I truley believe that Stephen is a warm, kind, and caring person. My life has been enriched by knowing him. Thank you for allowing me to write to you on behalf of my friend, Stephen. You kind consideration on his behalf will be greatly appreciated

                                                    Respectfully Yours,

                                                     Gerry Carretta

Honorable Jack B. Weinstein

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn NY 11201

Re: <u>United States v. Steven Caracappa</u>

Dear Judge Weinstein,

    My name is Sid Daniels.  I am a friend of Steven Caracappa.  I lived in New York City from 1979 through 1996.  I shared the same apartment building in New York City on East 22nd Street as Steven.  I was his neighbor on the 11th floor of the apartment building.  I am an artist, which is my profession.  Steven Caracappa is a collector of my works of art hung on their dining room walls, some of which were purchased and some which I gave to them.  I have a clear memory of Steven, as being a family man who cares about other people.  He mentioned his mother on many occassions  when I dropped in to visit.  The pictures of his family were hung on the walls everywhere and in frames on table tops.  That was my first impression of him….  a caring, dedicated, and noble human being, not to mention a loving husband to his adoring wife Monica.

    On many occassions he lent a helping hand and professional advice as a friend and professionally when I had nobody to turn to.


Respectfully Yours,


Sid Daniels

May 13, 2006

Dear Judge Weinstein:

Let me introduce myself.  My name is Thomasina Geimer and I am writing on behalf of Steven Caracappa, who is related to me through marriage.

I have been married for 30 years.  I have a daughter and two grandsons, (one deceased).  I have step-children and stepgrandchildren.  I also have a great grand-daughter.  I completed high school and attended college for three years.  I have been employed as a office manager for 15 years for Ohio Valley Rehabilitation.  Prior to my present position, I worked with the Medical/Dental Staff at Ohio Valley Medical Center.

I have known Steven approximately 18 years.  I met him after his marriage to my cousin, Monica at my home.  I found Steven to be sincere, kind and compassionate.  I observed that he was very open and attentive to his wife as well as other family members.  He was soft spoken, shared his opinions and listened to other persons point of view.

Thank you for your attention.

                                              Sincerely,

                                              Thomasina Geimer

Honorable Jack B. Weinstein

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

        Re:  <u>United States v. Stephen Caracappa</u>

                05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Laura Hunter and I am related to Steven by marriage to my cousin Monica. I live in West Virginia with my husband, Robert of 29yrs. I have two sons, Nathan, 20 and Robby who was killed 7 years ago in an ATV accident, he would have been 23. I also have a three year old granddaughter. My husband is a self employed builder of 29 years and I have been employed as a bank teller for the last seven years. While my children were in school I was active in the "volunteer" part of the PTA and also in any sports events in and out of school.

I have known Steven for 17 years and had the opportunity to visit he and my cousin in New York for a weekend. After meeting him he took myself and my family out on the town, obviously one that he was very proud of. We got the full tour, even got to go on the subway. I was a little apprehensive but Steven was very protective of us. Before we left he took my two boys who were just three and six at the time to the precinct where I assume he worked out of. I thought nothing of allowing him to take them. As soon as I met him I found him to be open and loving. He had kind eyes and I felt like I had known him all of my life.

When we returned home he sent both of my boys a plaque of his badge, something he was obviously very proud of and called them to make sure they got them and told them what it meant to him.

Thanking you in advance for your time and consideration.

                                                  Respectfully yours,


                                                  Laura Hunter

BENITA MARKS

188-15A 71st CRESCENT

FRESH MEADOWS, NEW YORK 11365

The Honorable Judge Jack Weinstein

Brooklyn Courthouse

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

April 15th, 2006

Dear Judge Weinstein,

I have had the pleasure of knowing Stephen Caracappa for over 20 years.  Stephen gave my husband and myself the honor of standing up for he and Monica when they were married.

I have never known Stephen to be anything less than hard working, honorable, sincere, caring, loving towards my friend, and dedicated to his Mom.  He is quiet, laid back, and an absolute fanatic when it comes to details.  Stephen and his attitude towards being a police officer was responsible for renewing my faith, admiration, and respect for the men in blue.  He has never had anything but the highest regard for the badge - feeling that it is indeed, a badge of honor.

It is impossible to relate the man I know with the man I have read about in the papers.  Neither he, nor his wife, Monica, have ever lived a flashy lifestyle.  I watched the two of them working hard as they watched their pennies as they saved for the house of their dreams. Monica=s job in the garment center enabled them to purchase clothing and other items at wholesale and below - and even then, they were conservative in the extent of their purchasing.  Having dinner with them was always an early evening, (usually with Monica doing the cooking) because Stephen would have to be in bed by 8 PM..  The rest of the evening would enjoyably be spent with Monica watching videos.   If they took two vacations in 10 years, that was a lot!

The fact that Stephen could be accused of such heinous crimes is unbelievable.  The fact that he, an innocent man could be convicted, shakes my whole world.  When I met Stephen I knew why I believed in ›archaic ideals= such as right and wrong, good and bad, and yes, the legal system.

Now, I beg you to please use your power to over turn the verdict, or, at the very least, let the proof that will exonerate Stephen be heard.  Please do not let that which Stephen has believed in all of his life, sworn to uphold, and worked so hard to honor, let him down when he needs it the most.  Please, do not let him be incarcerated for crimes it would have been impossible for him as a person to have committed.

Respectively yours,


Benita Marks

ALBERT J. MARKS, JR.

188-15A 71st CRESCENT

FRESH MEADOWS, NEW YORK 11365

The Honorable Judge Jack Weinstein

Brooklyn Courthouse

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201
May 15th, 2006

Dear Judge Weinstein,

I first met Stephen Caracappa over 20 years ago when he started dating my wife=s close friend Monica.

On first meeting Stephen, I was struck by his smile, his shyness, and his intensity.  As I got to know him better, I realized he was an extremely private person whose major concerns in life were his wife, his Mother, his daughter, and his brother and his family.  Other than the few times Monica went on trips for her company, they were always together.  He spent Saturday with his Mother.  If there were ever any problems in his immediate family, he was always there to help out.

I was flattered when he asked me to stand up for him when he and Monica got married.  I knew that coming from Stephen, a request like that was an honor.  Stephen didn=t feel close to very many people.

Being in the furniture business, I had the occasion to sell Monica and Stephen their first dining room table and chairs and, when the need arose, I was pleased to offer advice and assistance is helping them to furnish their home.  I helped them move from one apartment to another in the same building.

In the course of many conversations with Stephen, when we would be at their apartment for dinner and Monica and my wife would be in the kitchen while Monica  prepared dinner, I came

to know another side of Stephen.  He would talk about his work, how he felt about being a cop, what he liked and felt about different things, what he didn't like about different things.  I learned that he is a man who treats everyone fairly, justly, and honorably.  He is a man of old fashioned ideals.  He is a man who believes in honor above all else.  He is truthful, a loyal friend, and a man to be respected.  I was always struck with how animated he would become when he spoke about being a cop and what it meant to him.  He never spoke about it with anything less than the highest degree of respect.

It's difficult to put 20 years of my friendship with Stephen on one sheet of paper.  He is so much more.


Respectively yours,

Albert J. Marks, Jr.

May 11, 2006

The Honorable Jack B. Weinstein

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY  11201

Re:   United States v. Stephen Caracappa

       05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Lois Craven Paxman and I lived in New York City during the 70's and 80's and Monica Singleton was one of my best friends. We all worked in the garment center together and we all were one big happy family. By being one of Monica's best friend's I got to know Stephen Caracappa and be in his company quite a lot.

I now live in Jacksonville, Florida and I am married with two children and 1 grandchild. I also serve on the Jacksonville Sheriff's Office Sheriff's Advisory Council. I was President of the Homeowner's Association and Neighborhood Watch Captain at my old sub-division.

I remember how Stephen loved the police department and how honorable he was while on the force. He is a very strong, quiet, and laid back individual and could never do what he is accused of. He has the strongest ethics of anyone I have ever known. I remember whenever I used to go over there, when 8:00 PM came it was time for Stephen to go to bed. If you needed anything done or just needed anything, Stephen was there. He would literally give the shirt off of his back to you. He is great on giving any kind of advise when I had a problem at work, with a guy, or family matters. He is like a big brother which I never had.

He is very close to his wife and loves her very much. They are truly soul mates and very much dedicated to each other. After 20 years together, I have no idea how they will survive without each other.

I can't believe that something like this could happen to a man like Stephen – or anyone else for that matter. After reading all the articles on the internet and hearing what went on in the court, I can tell you now, my belief in the legal system has changed drastically.

Respectfully yours,

*Lois Craven Paxman*

Lois Craven Paxman