H. C. and Nanda Rowe
2412 High Vista Dr.
Henderson, NV 89014

The Honorable Judge Jack Weinstein
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 1, 2006

Honorable Judge Jack Weinstein:

Although we are not residents of New York, we would like to have some input of the future of our friend, Stephen Caracappa. We have known Stephen socially for several years. Our first interaction with Stephen was through a lifelong friend that Stephen was both neighbors with, and worked for at an alarm/home electronics company. We were in his company at social events on several occasions and very much enjoyed the time we spent with both Stephen and his wife, Monica.

From our interactions with Stephen and his wife, and from candid conversations with our friends, Stephen was a hard worker, and very well liked. He was always all business. He was someone you could count on. A few years back we had an alarm and a surround sound entertainment system installed. Stephen over saw the project, and was a perfectionist. The finished product was exactly what we had wanted. We were very impressed with his no nonsense professional demeanor.

At dinners, Stephen often spoke about his job in New York as a detective. He was very proud, and it was evident that he highly valued his job as a detective and the responsibilities that came with the position. Our impression was that Stephen was a very honorable man. He wasn't a braggart, but definitely believed in the "American Way" - he believed in the justice system.

As a neighbor, Stephen and his wife were very friendly. He appeared to very much enjoy his family life, and to be a family man. He didn't have children, but the kids in the neighborhood loved him. They would visit, with some of the boys lifting weights with him on a regular basis. He had a great friendship with the kids and their families, often sitting in the front yards and visiting.

Our family was struck by a tragedy two years ago, and the first person to not judge the situation, but to give us advice was Stephen. Our family was literally paralyzed by the tragedy. He was the last person we expected to hear from, but here he was on the other end of the phone. His values and morals came through clearly, and his advice was not that of a liar, manipulator or criminal, but was valuable. He shared that if our daughter followed the rules and laws she would be fine. He never suggested any way to manipulate the system. He told us of the laws and highly recommended they be followed.

We strongly believe that Stephen Caracappa is innocent. We have followed the case and have been amazed at the dirty witnesses and evidence. Stephen is not a man that lives above his means and he is not out whooping it up in Las Vegas. We only know a man of high morals, values and integrity; a family man.

Your honor, we believe you have the ability to sift through the muddy waters and to rinse the dirt to find the truth in this situation, thus giving Stephen Caracappa and his family their lives back. Please Your Honor, we ask that you overturn the wrongful conviction of an innocent man.

With Sincere Concern,

H. C. & Nanda Rowe

May 11, 2006

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Stephen Caracappa
    05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Donald Joseph, I am Stephen's Uncle by marriage. My wife and I have been married over 30 years; we have three grown children and five grandchildren.

After selling our business of Manufacturing and dispensing Hearing Aids in 1995, I had planned on retiring at the age of 64, but I realized I enjoyed working and continued dispensing Hearing Aids to the Hearing Impaired and at the age of 74, I continue to work part-time. I myself have worn hearing aids for over 25 years.

I have known Stephen personally for over 15 years, but having daily contact with Stephen and Monica, my niece, for over 10 years while living in Las Vegas, Nevada. Stephen was a part of our family, our daily lives, giving love, advise and support to me, my wife and our children when needed. Stephen has helped me through illnesses, surgeries and has been a large part of our life.

We have written letters with regards to Stephens's moral and ethical character for employment with the Women's Prison, application for Private Investigators license, and what we wrote was the truth and never had any doubt. Stephen has been a man of honor, never wavering having made a commitment and always there when needed.

I have nothing but high regard for Stephen and I miss him and his support.

Respectfully yours,

*Donald Joseph*
Donald Joseph

May 11, 2006

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Stephen Caracappa
    05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Kathy Joseph, I am Stephen's Aunt by marriage. My husband and I have been married over 30 years; we have three grown children and five grandchildren.

After selling our business in 1995, caring for my ailing parents until their passing, I chose to enter into non profit charities, fund raising, etc. My choice being Blood Banking, a very worthy life-saving community effort.

I have known Stephen personally for over 15 years, but having daily contact with Stephen and Monica, our niece for over 10 years while living in Las Vegas, Nevada. Stephen was a part of our family, our daily lives, giving love, advise and support to me, my husband and our children when needed. My husband and I were out of town when my father, who was living with us, had a stroke and in the end, passed away. We had a friend staying with my father for the two days we were gone, Stephen was contacted by our friend..who in turn arrived at our home before the ambulance, stayed with my father and our daughter who had arrived, until we were able to arrive at the hospital four hours later.

We have written letters in regards to Stephens's moral and ethical character for employment with the Women's Prison, application for Private Investigators license, and what we wrote was the truth. Stephen has been a man of honor, never wavering having made a commitment and always there when needed.

I have nothing but high regard for Stephen and I miss him and his support.

Respectfully yours,

*Kathy Joseph*

Kathy Joseph

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Stephen Caracappa
    05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Karolyn K. Graves – Rhodes. I am Director of Sales for Wynn Las Vegas, Steve Wynn's newest Resort creation in Las Vegas and live directly next to Stephen Caracappa.

I have been a neighbor of Stephen's for ten years and include him on my very short list of friends that you can count on! Prior to my marriage two years ago to Dusty Rhodes, I was a single woman who traveled several weeks out of the month and came home very late due to my job responsibilities. Whenever I was out of town on a sales trip, Stephen would guard the house, as if it was his own. He and his wife have a key to our home (I haven't given one to my sister!) of which they have protected with their lives.

During these years, Stephen has proven himself to be a sincere ethical man, kind spirited, and a person whom my husband and I trust. His willingness to help attitude is endless. Judge Weinstein, I can only say that we look forward to our friend's speedy return to our neighborhood. Stephen is deeply missed.

Thank you for your time.

Sincerely yours,

Karolyn K. Graves – Rhodes

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RE: United States v. Stephen Caracappa
05 CR. 192 (JBW)

My name is Ramona Singleton and my husband Gene. Stephen is our son-in-law. My husband and I are retired and have worked in public employment. My husband is a WWII veteran. We have known Stephen for 24 years. I say to you Stephen is one of the best friends we have ever had. My husband endured serious eye problems, Stephen was there for us every step of the way. His words of encouragement helped bring us through this ordeal. He is loyal, loving and compassionate. We are proud to call him a friend. He is the son of a very proud Mother and a very loving brother and friend to his brother Domonic Caracappa. Please Judge,

Page 2

consider what a good man Stephen is. He is and has been a hard worker since his retirement from N.Y.P.D. He has worked hard and long hours to make a life for my daughter and himself. Please, please, think of the good things this man has done.

Respectfully yours,
Ramona Singleton

## Carole Young, E.A.
ENROLLED TO PRACTICE BEFORE THE INTERNAL REVENUE SERVICE

Phone (702) 385-5951

1333 South Eastern Avenue • Las Vegas, Nevada 89104

May 15, 2006

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Stephen Caracappa
05 Cr. 192 (JWB)

Dear Judge Wienstein:

Since the tax year 2000, I have prepared tax returns for both Mr. Caracappa and his wife, Mrs. Singleton. Strange thing about doing taxes, you hear every story possible. Most are pleading, most lack information, most are not unwilling to lie about deductions to reduce taxes. In the 42 years I have done this work most everything possible has come across my desk and I've heard near every story. In the case of dealing with Mr. Caracappa I was in for a surprise. Often there are people who are simply unaware of deductions related to income and it seemed he was that first time and so I offered possible deductions for his Sched. C (business) income. As I went thru the list of common deductions to each his reply was- "I didn't keep records and can't prove it". There are some like this, but not many. I asked, Can you go back thru credit cards and see if there are some? As most everyone must have expenses. His reply the same. "I have my licenses fees and nothing more. Again, this is rare but I do have some who will not add one cent unproven and I am always impressed by those. It's how we deal on all future returns because it's how they wish.

Aside from taxes, I also know others who have dealt with Mr. Caracappa and hear the same thing for the past five years of all. He has high standards of conduct which he lives by and has not been unwilling to go the extra mile for anyone he did business with. I know neighbors of his and hear the same. He has lived a quiet life and is an addition to the neighborhood. The fact that he expects others to have the same standard of life conduct is probably the worst thing said I have ever heard-even from his wife.

Had I heard of what has been said of him being said of many I know, I might have expected it. At least not be so shocked, but of Mr. Caracappa, dealing as I do with what the majority consider their most precious thing-money. But to hear it of him, to have dealt, as stated, to know how others see him, to know how even his wife sees him. It has been beyond my comprehension.

I so hope this letter will be read and sincerely heard, as it is my professional and personal feeling of the best possible way to describe Mr. Caracappa's manner of dealing with life in all areas.

Sincerely,

Carole Young

Honaorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, NY 11201

RE: United States v. Stephen Caracappa
05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is Donna Castleberry and I have been friends with Monica Singleton and Stephen Caracappa for over twenty years. I was working with Monica in the garment industry when she met Stephen. He has always been a kind, courteous and caring person and has brought such joy into Monica's life.

When I asked Monica to be in my wedding she and Stephen flew out to California for my special day. That meant a great deal to me. My sister and I also visited them when they moved to Las Vegas and Stephen was his usual hospitable self. We had a lovely weekend. It was the last time we saw them before my sister became ill with breast cancer and past away.

The Stephen I know is a quiet and caring man.

Respectfully yours,

Donna J. Castleberry

May 11, 2006

Honorable Judge Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Stephen Caracappa
        05 Cr. 192 (JBW)

Dear Judge Weinstein:

My name is William Dunn. I am a friend and neighbor of Stephen.

I am a retired systems analyst from Hughes Aircraft Co. My wife and I live just around the corner from Stephen and we have known him and his wife for the past eight years.

Our neighborhood is a very small group of homes and families. We have come to know each other very well over the years. We have always felt Stephen to be a man of character and integrity. After seeing and talking to someone everyday for the past eight years we have all come to believe him to be a man we trust.

The plain and simple fact of the matter is: I think of him as my friend.

Respectfully yours,

William Dunn
6350 Black Swan Lane
Las Vegas, NV 89118

6/12/06

Honorable Jack B. Weinstein
U.S. District Judge
Eastern Dist. of NY
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Judge Weinstein:

First I would like to introduce myself — I am a dear friend of Ramona Singleton who is Stephen Caracappa's mother-in-law. Since I have known her, she, her family and friends have had the highest regard for Stephen, knowing he is a kind, caring and loving person.

Thank you for any consideration you can give this fine man.

Sincerely,

Nadine Duckey
2713 Fairview Ave
Parkersburg WV 2610

Re: Stephen Caracappa
     05CR 192 (JBW)