MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**ORIGINAL**

| United States District Court | District **Eastern Dist. New York** |
|---|---|
| Name: **Stephen Caracappa** | Docket or Case No.: |
| Place of Confinement: **USP Coleman, Penn-2** | Prisoner No.: **04597-748** |
| UNITED STATES OF AMERICA<br>v. | Movant (include name under which convicted)<br>**Stephen Caracappa** |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   **U.S. District Court for the Eastern District of New York**

   (b) Criminal docket or case number (if you know): **05-CR-192 (JBW)**

2. (a) Date of the judgment of conviction (if you know): **April 2006**

   (b) Date of sentencing: **2008, After Judgment of aquittal was overturned**

3. Length of sentence: **Life plus 80 years**

4. Nature of crime (all counts): **Racketeering conspiracy (RICO) 18 U.S.C. § 1962(d). Possession with the intent to distribute a controlled substance, 21 U.S.C. § 841(a)(1) and 846.**

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count of indictment, what did you plead guilty to and what did you plead not guilty to? _____

   RECEIVED JAN 19 2016 PRO SE OFFICE

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at either a pretrial hearing, trial or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: __Second Circuit__
   (b) Docket or case number (if you know): __06-3280-CR(L)/09-1177-CR(L)__
   (c) Result: __1st appeal overturned/second appeal affirmed.__
   (d) Date of result (if you know): __1st-2008, 2nd-2010__
   (e) Citation to the case (if you know): __543 F.3d 25 (2nd Cir 2008)/614 F.3d 36 (2nd Cir 2010)__
   (f) Grounds raised: __Government cross appealed judgment of aquittal based on statute of limitation, / 2nd appeal (1) prosecutorial error in rebuttal summation, (2) violation of Rule 801(d)(1)(B), (3) violation of Rule 611(b), (4) imposed excessive sentence, (5) legally insufficient evidence.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒  No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): __N/A__
      (2) Result: __Cert. Denied.__
      (3) Date of result (if you know): __N/A__
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: __Same as Direct Appeal__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☒   No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __Eastern District of New York__
        (2) Docket or case number (if you know): __11-CV-4921 (JBW)__
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: __28 U.S.C. § 2255__

Case 1:05-cr-00192-JBW   Document 471   Filed 01/19/16   Page 3 of 12 PageID #: 2325

Page 4

(5) Grounds raised: <u>Brady violation and conflict of intrest with co-defendants defense counsel.</u>

(6) Did you receive a hearing where evidence was given on your motion, petition, application?

　　　Yes ☐　No ☒

(7) Result: <u>Denial on all grounds</u>

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: <u>2nd Circuit Court of Appeals</u>

(2) Docket or case number (if you know): <u>06-3280-CR (L)</u>

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: <u>Recall the mandate</u>

(5) Grounds raised: <u>Erroneous jury instruction that extended the life of the RICO Conspiracy by ten (10) years that would have affected the jury judgment in determining the statute of limitation issue.</u>

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　Yes ☐　No ☒

(7) Result: <u>Dismissal</u>

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction the action taken on your motion, petition, or application?

(1) First petition:　　Yes ☒　No ☐

(2) Second petition:　Yes ☒　No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Newly discovered facts that prove actual innocence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The District Court gave erroneous jury instruction that extended the life of the New York overt act by ten (10) years past what it was charged in the indictment that adversely affected the jury's ability in deciding the statute of limitation defense.
   See Memorandum of Law.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☒  No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: This Court grant a judgment of acquittal based on the statute of limitation which was subsequently overturned by the 2nd Circuit.

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☒  No ☐
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: Recall the mandate
   Name and location of the court where the motion or petition was filed: 2nd Circuit Court of Appeals.
   Docket or case number (if you know): _____
   Date of the court's decision: Dismissal
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☒  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☒  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __U.S. Supreme Court__

Docket or case number (if you know): __15-5388__

Date of the court's decision: __October 5, 2015__

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____


**GROUND TWO:** __N/A__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

Case 1:05-cr-00192-JBW   Document 471   Filed 01/19/16   Page 7 of 12 PageID #: 2329

Page 8

_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☐

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☐

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐  No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?　　Yes ☒　No ☐

　　If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __Same issue in a 28 U.S.C. § 2244 motion before__ __the 2nd Circuit.__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: __Edward Hayes, 515 Madison Ave.__
    __New York, New York 10022__

    (c) At trial: __same as (b) above__

    (d) At sentencing: __same as (b) above__

    (e) On appeal: __Daniel Nobel, 401 Broadway, 75th Floor__
    __New York, New York 10013__

    (f) In any post-conviction proceeding: __Zoe Dolan, 154 Ground Street__
    __New York, New York 10013__

    (g) On appeal from any ruling against you in a post-conviction proceeding: __same as (f) above__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐  No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐  No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

<u>This motion has been filed under (F)(4) section to the § 2255 statute. Further this issue has also been simultaneously filed under newly discovered evidence that proves actual innocence pusuant to 28 U.S.C. § 2244, requesting authorization to file a second or successive § 2255 motion. However, as prescribed in this motion, this Court hear the instant Petitioner under one of the alternative presented within this motion such as a 28 U.S.C. 2241, or under the All Writs Act.</u>

<u>See Memorandum of Law.</u>

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Vacate conviction to the RICO Conspiracy based on the statute of limitation defense.</u>

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __January 12, 2016__ (month, date, year).

Executed (signed) on __January 12, 2016__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____