**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 0 2 2016 ★
BROOKLYN OFFICE

Chambers of Chief Judge
Hon. Jack Weinstein
E.D.N.Y.   225 Cadman Plaza E.
Brooklyn, N.Y., 11201
February 23, 2016

Dear Judge Weinstein,

Please be advised I have been informed I'm being transferred to the medical facility listed below. Please address all correspondence pertaining to the motion before you to that location.

Thank you,

Stephen Caracappa

STEPHEN CARACAPPA
04597-748
Federal Correctional Inst.
Medical Unit
P.O. Box 1500
Butner, N.C. 27509

Stephen Crea(?)
04597-748
Federal Correctional Complex
USP Coleman 2
P.O. Box 1034
Coleman FL 33521

CERTIFIED MAIL

7014 2120 0004 1694 5758

H2
Members of Chief(?)
Hon. Jack Weinstein
E.D. NY
225 Cadman Plaza East
Brooklyn NY 11201

FOREVER (stamps)

1120131832 C013

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL
MAILING. THE LETTER HAS BEEN
NEITHER OPENED OR INSPECTED.
IF THE WRITER RAISES A QUESTION
OR COMMENT OVER WHICH
FACILITY HAS JURISDIC-
TION, YOU WISH TO RETURN IT
FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE
FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE

FEB 18 2016

DATE _____  MAIL ROOM STAFF

BY: _____