Chambers of Jack B. Weinstein
Senior District Judge
United States District Court
Eastern District of New York
Brooklyn, N.Y. 11201
June 21, 2016

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 27 2016 ★
BROOKLYN OFFICE

Dear Judge Weinstein,

I apologize in advance to write you concerning my health situation. But I have been informed that if my request for a compassionate release, you will make the final decision. Please know I have been fighting the case in the courts since be convicted with no Relief. I have stage 4 cancer and will not survive. Please take that in consideration if the Request comes to your attention.

Sincerly,
Stephen Ewarapa

STEPHEN CARACAPPA

Name:     Number:
Federal Medical Center 04597-748
P.O. Box 1600
Butner, NC 27509

5B



RALEIGH NC 275
Research Triangle Region
22 JUN 2016 PM 3 L

Chambers of Jack B. Weinstein
Senior District Judge
United States District Court
Eastern District of N.Y.
Brooklyn, N.Y. 11201

11201999